[No. 24571-0-II. Division Two. October 12, 2001.]

MARK J. VISSERS, *Appellant*, v. COASTAL COMMUNITY CHURCH, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-2-00092-7, F. Mark McCauley, J., entered March 22, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 25558-8-II. Division Two. October 12, 2001.]

*In the Matter of the Detention of* C.P.D., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-11746-9, Bryan E. Chushcoff, J., entered January 7, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 25750-5-II. Division Two. October 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE JUMAR MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04402-1, Marywave Van Deren, J., entered February 25, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 25926-5-II. Division Two. October 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL CHIPRES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03820-9, Stephanie A. Arend, J., entered April 7, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.